

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Logan Wesley, Appellant

No. 06-20-00098-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0055-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's nunc pro tunc judgment for sexual assault of a child by replacing Section 21.11 with Section 22.021 as the "Statute for Offense." As modified, that judgment of the trial court is affirmed. The trial court's judgment for indecency with a child is affirmed without modification.

We note that the appellant, Logan Wesley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 16, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk